Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

Brandon D. Sherr
bsherr@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

July 24, 2018

**VIA ECF**

Hon. Richard J. Sullivan, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Hassane et al v. Albert Cost Cutters Corp.*, 17 CV 4082 (RJS)

Dear Judge Sullivan:

    This firm represents the plaintiff in the above-referenced action. This concerns the order entered July 17, 2018. On behalf of all parties, I enclose the executed settlement agreement for the Fair Labor Standards Act claim. I thank the Court for its time and consideration.

                                       Respectfully submitted,

                                       Brandon D. Sherr

Enclosure (1)