UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ALIOUNE HASSANE,

                              Plaintiff,

    -v-

ALBERT COST CUTTERS CORP., *d/b/a*
FAT ALBERT,

                              Defendant.

.

No. 17-cv-4082 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 26, 2018, the Court held a fairness hearing on the proposed settlement in this

case.  (Doc. No. 16); *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir.

2015).  As set forth on the record at the fairness hearing, the Court found that the settlement was

fair and reasonable, particularly in light of Plaintiff's range of possible recovery, the seriousness

of the litigation risks faced by the parties, and the fact that the settlement was the product of

arm's-length bargaining between experienced counsel without the possibility of fraud or

collusion.  *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012).

However, as stated on the record, the Court found that the attorney's fees sought, representing

40% of the settlement amount, were not fair and reasonable.  Plaintiff has since filed an amended

settlement agreement memorializing the amendments made and approved by the Court at the

July 26, 2018 fairness hearing.  (Doc. No. 46.)  Specifically, Plaintiff shall receive $3,090.62,

while the Law Office of Justin A. Zeller, P.C. shall receive $1,406.25, which reflects $1,000 in attorney's fees and $406.25 in costs. (*Id.* at 2; *see also* Doc. No. 43 at 5.)[1] Accordingly, IT IS HEREBY ORDERED THAT the amended settlement agreement, which reflects a reduced amount of attorney's fees, is approved. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to terminate the motion pending at docket numbers 37 and 42, and to close this case.

SO ORDERED.

Dated:      July 31, 2018
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] Under the previously proposed settlement agreement, which the Court declined to approve, Plaintiff would have received $2,493.75, and the Law Office of Justin A. Zeller, P.C. would have received $2,003.12. (Doc. No. 40-1 at 2.)